**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KAREN FUERST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO. |
| | : | 1:20-cv-02027-MHC |
| THE HOUSING AUTHORITY | : | |
| OF THE CITY OF ATLANTA, | : | |
| GEORGIA, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER SEAL**

COMES NOW The Housing Authority of the City of Atlanta, Georgia ("Defendant" or "AH") and, pursuant to the Court's Procedures for Electronic Filing Under Seal in Civil Cases, respectfully requests leave to file its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint ("Motion") under seal.

WHEREFORE, AH respectfully requests that the Court grant this Motion for Leave to File Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint Under Seal. A brief in support and a proposed order accompanies this Motion.

Respectfully submitted this 20th day of July, 2020.

                                                s/ *Brent L. Wilson*
                                                Brent L. Wilson
                                                Georgia Bar No. 767667
                                                Mason Wymer
                                                Georgia Bar No. 256026
                                                Megan L. Quinn
                                                Georgia Bar No. 625272

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
bwilson@elarbeethompson.com
wymer@elarbeethompson.com
quinn@elarbeethompson.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAREN FUERST, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:20-cv-02027-MHC |
| THE HOUSING AUTHORITY ) | |
| OF THE CITY OF ATLANTA, ) | |
| GEORGIA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with Times New Roman 14-point font, which is one of the font and point selections approved by the Court in LR 5.1B.

This 20th day of July, 2020.

                                             s/ *Brent L. Wilson*
                                             Brent L. Wilson
                                             Georgia Bar No. 767667

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303

404/659-6700
404/222-9718 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KAREN FUERST,           ) | |
| )           | |
| PLAINTIFF,          ) | |
| )           | |
| v.                  ) | CIVIL ACTION NO.: |
| )           | 1:20-cv-02027-MHC |
| THE HOUSING AUTHORITY ) | |
| OF THE CITY OF ATLANTA, ) | |
| GEORGIA,            ) | |
| )           | |
| DEFENDANT.          ) | |
| _____ )  | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, I served the foregoing **Defendant's Motion for Leave to File Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint Under Seal** via electronic mail to the following:

Halsey G. Knapp, Jr.
Barclay S. Hendrix
1201 W. Peachtree Street NW
Suite 3250, One Atlanta Center
Atlanta, Georgia 30309
(404) 888-9700
hknapp@khlawfirm.com
hendrix@khlawfirm.com

s/ Brent L. Wilson

- 2 -

                          Brent L. Wilson
                          Georgia Bar No. 767667
                          Mason Wymer
                          Georgia Bar No. 256026
                          Megan L. Quinn
                          Georgia Bar No. 625272

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
bwilson@elarbeethompson.com
wymer@elarbeethompson.com
quinn@elarbeethompson.com

*Attorneys for Defendant*