**Atlanta Housing Authority Employee Handbook**

**Section 6.5 – Whistleblower and Non-Retaliation**

AHA is committed to integrity, transparency and fair dealing and is committed to creating an environment which is supportive to protect any affiliate of AHA who raises a concern about AHA activities.   This section is designed to protect [. . .] all employees of AHA [ . . .] against unlawful discrimination, harassment or retaliation as a result of their (i) lawfully reporting information regarding suspected violations of law on the part of AHA; (ii) participation in or providing truthful information in connection with an inquiry or investigation by a court, law enforcement, other governmental or administrative body or AHA itself; or (iii) identifying potential violations of AHA policy.

Any officer, commissioner or employee of AHA [ . . .] (Reporting Individual), with a good faith belief that a suspected violation of law or policy has occurred, is required to report a suspected violation of law or AHA policy to the General Counsel and the Director of Human Resources.

Reporting individuals are encouraged to make such reports to the individuals listed above prior to making a report to any outside body, so that AHA will have an opportunity to take more immediate and appropriate corrective action as necessary.

Reports of suspected violations of law or policy and/or reports of retaliation will be investigated promptly and in a manner consistent with applicable law, and to protect confidentiality to the extent allowed, consistent with the need to conduct a full and fair investigation.  If warranted by the investigation, appropriate corrective action will be taken.  The Reporting Individual shall be informed that an investigation is being undertaking and when such investigation is concluded; however, the Reporting Individual may or may not be made aware of the completed findings and conclusions of the investigation, depending on the circumstances and subject to AHA's discretion.

AHA expressly prohibits any Reporting Individual from being subject to disciplinary or other retaliatory action by AHA or any of its representatives or agents as result of the Reporting Individual's good faith report of suspected violations of law, cooperation in inquiries or investigations, or identification of potential violation of AHA policies.  Any Reporting Individual who believes that he or she has been subjected to retaliation or any action that violates this section should immediately report such action to any of the individuals identified above.  Any representative of AHA who engages in retaliation in violation of this section will be subject to discipline, up to and including termination of employment from AHA.