**From:** Karen Fuerst ███████████████
**Sent:** Wednesday, November 8, 2017 9:29 AM
**To:** hotline@hudoig.gov
**Subject:** Whistleblower Complaint vs. Atlanta Housing Authority Management Employees

To Whom it May Concern:

I am the former Senior Vice President and Deputy General Counsel for Real Estate of the Housing Authority of the City of Atlanta, Georgia ("AHA"). I have been retaliated against by AHA management level employees for having disclosed alleged wrongdoing by AHA senior management, specifically AHA's CEO, Catherine Buell.

The retaliation consisted of multiple acts, culminating in termination of my employment.

In response to information posted on your website, please be advised as follows:

**Name, email address and telephone number:**  Karen W. Fuerst; ███████████████

**Specific facts that support your complaint**: I will be happy to provide more detail once I receive a response to this email.

**Name(s) of the person(s) who have retaliated against me:**  Catherine Buell (President and CEO); Mark Kemp (former COO).

Once I hear back from you, I am happy to cooperate fully with you and provide such information as you may need to assist you in assessing my complaint of reprisal.

Please note that to the extent possible, I wish to remain anonymous.  I am mindful of the fact that as a former attorney for AHA, I am subject to ethical obligations.

I look forward to hearing from you.  Thank you.

--Karen Fuerst