**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Friday, May 4, 2018 1:03 PM
**To:** whistleblower@hudoig.gov
**Subject:** Whistleblower Complaint vs. Atlanta Housing Authority Management Employees

Please see the attached memorandum for an update of relevance to my pending whistleblower complaint against the Atlanta Housing Authority.  Thank you.

To: HUD OIG

From: Karen W. Fuerst

Date: May 4, 2018

I am reaching out to advise you of information that I recently learned, includeing some items in Atlanta news this past week that are related to the subject matter of my whistleblower claim filed with our office on November 8, 2017.

When I last emailed on April 17, 2018 and asked that someone call me, it was to share with l you that I had recently met with Sean Bennett, who was the Atlanta Housing Authority officer to whom I had reported my status as a whistleblower prior to being fired by AHA.  Mr. Bennett, who was fired from his position as AHA's head of H.R. in December 2017, the month after I filed my whistleblower claim with your office, was never told by AHA management that I had filed my claim.  He also advised me that when he promptly reported my status as a whistleblower last spring to Catherine Buell, AHA's CEO, she and AHA's then (new) general counsel, Terri Thompson-Mallet, told him that I was not a whistleblower; they then declined to carry out any investigation of my claim.  Mr. Bennett told me he had made a record of my communications, etc. concerning my claim, but all of that was ignored by Ms. Buell and Ms. Thompson-Mallett, contrary to AHA's whistleblower policy.  Mr. Bennett now suspects his firing may be related to my claim.

This past week has been a busy news week for the Atlanta Housing Authority and the city of Atlanta regarding actions initiated by--and in AHA's case, at the behest of--former Mayor Kasim Reed last year, before then end of his term.  The City of Atlanta dropped its lawsuit against former AHA CEO Renee Glover and one of AHA's developer partners, Egbert Perry of The Integral Group. I previously sent you a link about this suit, since it was filed based on the lies that Catherine Buell was actively propagating about existing revitalization agreement contracts between AHA and The Integral Group pertaining to former public housing communities that Integral had redeveloped as mixed-income, mixed-finance communities under HUD's HOPE VI program.  Here is a link to news of this suit being dismissed: https://saportareport.com/atlanta-drops-lawsuit-integral/

Also, there was ruling against AHA this week in the lawsuit AHA filed against Integral last year over the AHA/Integral revitalization agreements (I also sent you a link about this lawsuit previously).  As I understand it, the court's ruling served to throw out all of AHA's claims against Integral, while preserving all of Integral's counterclaims against AHA.  Here is a link to the recent article about this: https://www.bizjournals.com/atlanta/news/2018/05/02/judge-deals-atlanta-housing-a-setback-in-fight.html

Finally, under pressure from new Atlanta Mayor Keisha Lance Bottoms, Catherine Buell resigned as AHA's President and CEO this week.  No interim replacement has been announced, and AHA's Board of Commissioners, all of whom were appointed by Kasim Reed, remain in place. Here is a link to that news: https://www.bizjournals.com/atlanta/news/2018/05/02/atlanta-housing-authority-ceo-resigns.html
If you are unable to view the full article because you are not a subscriber, you may set up a free account. Also, I've copied and added the article as an attachment to this memo.

**I understand that senior HUD officials are aware of these activities and more.**  Persons at HUD-HQ who are up to date, according to what I have learned, include Ms. Dominique Blom, General Deputy Assistant Secretary – Public and Indian Housing, and Ms. Mindy Turbov, Director of HUD's Choice Neighborhoods program.

Please don't hesitate to reach out to me if you require further information.  Thank you.

From the Atlanta Business Chronicle:
https://www.bizjournals.com/atlanta/news/2018/05/02/atlanta-housing-authority-ceo-resigns.html

Click to Print Now

# Atlanta Housing Authority CEO resigns

May 2, 2018, 1:56pm EDT **Updated: May 2, 2018, 2:39pm EDT**



AHA

Catherine Buell has agreed to serve the agency as a consultant for six months to ensure a smooth transition, according to the release.

A change is coming atop the Atlanta Housing Authority after the resignation of CEO Catherine Buell.

Dr. Christopher Edwards, chair of the Atlanta Housing Board of Commissioners, accepted Buell's resignation on April 27, according to a news release issued Wednesday. She had more than a year and a half left in her employment contract.

This formalizes an announcement made by Mayor Keisha Lance Bottoms on Friday that Buell is one of several top city leaders who would transition out of Atlanta City Hall as the new mayor puts together her leadership team.

Buell served the agency since January 2016 as COO and was appointed to succeed Joy Fitzgerald, who retired from the president and CEO role Dec. 31, 2016.

Buell has agreed to serve the agency as a consultant for six months to ensure a smooth transition, according to the release.

3

"Ms. Buell has been a strong champion of increasing affordable housing, and the Board of Commissioners thanks her for her leadership and for proudly serving the people of Atlanta," Edwards said in the release. "I have full confidence that the dedicated staff at Atlanta Housing will continue to carry out the organization's mission of developing quality, innovative and affordable communities."

The Housing Authority credited Buell for spearheading new projects that "will significantly increase the number of affordable housing units in Atlanta," and for streamlining internal operations and rebranding the agency.

Buell described her time as president and CEO as the "highlight" of her career.

"Since my appointment in 2016, Atlanta Housing has renewed its priority to creating affordable housing opportunities for all families in the City of Atlanta, and I am proud of the significant steps we have taken to become a leader in creating thriving communities and quality, low-income housing," she said in the news release. "I will continue to work with the board of commissioners to ensure a smooth transition."

Atlanta Housing counts about 22,000 households as its clients. It administers housing vouchers and also owns some residential communities for low-income Atlantans, among other programs.

It also helps develop communities that will have below-market-rate housing. Recent developments include those in the works or in planning stages at the former Herndon Homes site, the former Perry Homes site, the former Englewood Manor site, the Civic Center site, plus on part of what used to be Morris Brown property in Vine City.

Buell's departure comes just as a Fulton County judge [dismissed complaints](#) brought by the authority in a high-profile case against Integral Development and related parties.

Atlanta Housing was seeking to stop the transfer of land it now owns to joint ventures in which it would be part, alongside entities related to Integral. Integral's counterclaims against the authority, which include breach of contract, are still ongoing in court.

Last month, Buell [pushed back](#) against Bottoms' request for a resignation letter — a request the mayor had made to cabinet leaders who had come

4

onboard during the tenure of her predecessor, Kasim Reed. Buell said in the letter that she is employed by her board, and that any employment questions would need to be directed to Edwards. Every member of the board was either appointed or reappointed by Reed.

Buell signed an [employment agreement](#) with the board in October, 2016 for a term set to last until January, 2020. The agreement set her starting annual base salary at $260,000. The contract says that Buell may terminate her employment with six months' notice or as may be negotiated with the board.

Details on any severance package are still being finalized.

The Atlanta Housing board would need to take action to put in place any successor or interim successor to Buell. A meeting could come as early as next week.