**From:** Whistleblower <Whistleblower@hudoig.gov>
**Sent:** Wednesday, May 16, 2018 10:58 AM
**To:**
**Cc:** Whistleblower <Whistleblower@hudoig.gov>
**Subject:** re: Whistleblower Close-Out Notice (Karen Fuerst - Atlanta Housing Authority "AHA")

Ms. Fuerst,

HUD OIG has investigated the complaint you submitted in November 2017, and concluded, based in part on interviews with you, that your disclosures to HUD did not meet the definitions of a protected disclosure under 41 U.S.C. § 4712, and thus you are not a whistleblower as defined by the statute.  We are closing this matter.  If you have any questions, please forward them to this address and we will respond.

Thanks, HUD OIG



**CONFIDENTIALITY NOTICE:**
This message and any attachments are intended for use only by the individual or entity to which it is addressed. The information in this email and any attachments may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, exempt from disclosure under applicable law.  Do not share, copy or forward without consulting the Department of Housing and Urban Development, Office of Inspector General, Office of Legal Counsel. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any unauthorized interception, review, use, dissemination or copying of the information in this email and its attachments is prohibited. If you have received this email in error, please immediately call the HUD-OIG OLC at (202) 708-1613, or notify the sender by return email, and delete this email from your system(s).